```
                    LAW OFFICE OF
                  SANDRA D. PARKER
                110 EAST 59TH STREET - 22ND F
                   NEW YORK, NEW YORK 1002
                      WWW.SDP LAW.COM
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/2/2024__

December 29, 2023

TELEPHONE 212-317-2883
FACSIMILE 212-317 1383
SPARKER@SDP-LAW.COM

**BY ECF AND EMAIL**
Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

RE:   Murray v. New York City Ballet, Inc.
      23 CV 09718 (AT)

Dear Judge Torres:

     This firm represents the Plaintiff in the above entitled action. We write to respectfully request a one week extension from January 9, 2024 to January 16, 2024, to submit the joint letter and the jointly proposed Case Management Plan and Scheduling Order, as required by the Initial Pre-Trial Scheduling Order. ECF Doc. #7. Counsel for Plaintiff makes this application because the demands of other matters, do not afford her sufficient time to complete the work needed to meet the January 9 deadline. This is Plaintiff's first request for an extension. The Defendant consents to the application for the one week extension.

     Counsel has to meet a January 4 filing deadline in a case pending in the Southern District and prepare for and attend a FINRA arbitration on January 8. On January 9, counsel must appear before the Second Circuit in a case pending before that court, and file a motion in a case pending in the Southern District. Due to the foregoing demands and as a solo practitioner, counsel is unable to devote the time required to undertake and complete the work necessary, to file the joint letter and proposed Case Management Plan and Scheduling Order by the due date of January 9, 2024.

     For the foregoing reasons, Plaintiff respectfully requests a one week extension to January 16, 2024 to file the joint letter and jointly proposed Case Management Plan and Scheduling Order.
Respectfully,

/s/ Sandra D. Parker

GRANTED.

SO ORDERED.

Dated: January 2, 2024
      New York, New York

ANALISA TORRES
United States District Judge