UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2024
```

SEAN MICHAEL MURRAY,

                Plaintiff,

-against-

NEW YORK CITY BALLET, INC.,

                Defendant.

23 Civ. 9718 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 16, 2024, the parties submitted their proposed case management plan. ECF No. 15. The parties propose that fact discovery close on December 31, 2024. Absent unique complexities or other exceptional circumstances, fact discovery shall not exceed 120 days. The parties have made no showing of unique complexities or other exceptional circumstances warranting such an extended period of fact discovery. In addition, absent exceptional circumstances, expert discovery shall conclude within 45 days of the close of fact discovery.

      Accordingly, by **February 16, 2024**, the parties shall submit a revised proposed case management plan in accordance with this order.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge