```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/20/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN MICHAEL MURRAY,

                Plaintiff,

-against-

NEW YORK CITY BALLET, INC.,

                Defendant.

23 Civ. 9718 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters concerning the start of fact discovery. ECF No. 24–26. Fact discovery shall commence upon the Court's approval of the parties' proposed case management plan.

    Accordingly, by **February 23, 2024**, the parties shall jointly submit a revised proposed case management plan in accordance with this order. If the parties have not reached a consensus at that point, the Court will so-order a case management plan based on the parties' submissions to date or refer the matter to the Honorable Stewart D. Aaron for resolution. Lastly, fact discovery is not stayed pending any motion.

SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                      ANALISA TORRES
                                          United States District Judge