UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sean Michael Murray,

               Plaintiff,

-against-

New York City Ballet, Inc.,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2024_

23 Civ. 9718 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters filed on February 12 and 20, 2024. ECF Nos. 20, 21, 27. Accordingly:

1. Defendant's request to redact portions of its pre-motion letter involving Plaintiff's medical information is GRANTED;
2. Defendant's request to file a motion to dismiss is GRANTED;
3. By **April 2, 2024**, Defendant shall file its motion to dismiss;
4. By **April 23, 2024**, Plaintiff shall file his opposition papers;
5. By **May 7, 2024,** Defendant shall file its reply, if any.

    Pursuant to Section III.B(iv) of the Court's Individual Rules, if Plaintiff intends to file an amended pleading—and not rely on the pleading that is the subject of Defendant's motion—he shall notify the Court and Defendant by **April 8, 2024**.

    The Clerk of Court is directed to terminate the motion at ECF No. 21.

    SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                               ANALISA TORRES
                                   United States District Judge